UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------

Chet Wilson

                Plaintiff(s),

v.

Dealmed Medical Supplies, I

                Defendant(s).

--------------------------------------------------------

26-cv-9

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

PRINT

I, Anthony Paronich, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Paronich Law, P.C.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Massachusetts.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 26-cv-9 for Plaintiff Chet Wilson.

Date January 2, 2026
Hingham, MA

*Anthony Paronich*
Signature of Movant
Firm Name Paronich Law, P.C.
Address 350 Lincoln Street, Suite 2400
Hingham, MA 02043

Email anthony@paronichlaw.com
Phone (617) 485-0018

**NOTARIZED**
State of Florida   County of Broward

GEORGE DE PENA
Notary Public - State of Florida
Commission # HH593235
Expires on September 15, 2028

Sworn to (or affirmed) and subscribed before me by means of online notarization, this 01/02/2026 by Anthony Paronich.
___ Personally Known OR ✓ Produced Identification   Type of Identification Produced DRIVER LICENSE
Notarized remotely online using communication technology via Proof.

*George Depena*
George De Pena