# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| **CHET MICHAEL WILSON, individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**DEALMED MEDICAL SUPPLIES, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:26-cv-00009<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

Dainon Ward, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York. That on January 5, 2026, at 9:38 am at 3512 Quentin Rd, Ste 110, Brooklyn, NY 11234-4245, Deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CIVIL ACTION COMPLAINT,, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: DEALMED MEDICAL SUPPLIES, LLC (hereinafter referred to as "subject") by leaving the following documents with Harvey W.(refused full last name) who as Manager is authorized by appointment or by law to receive service of process for DEALMED MEDICAL SUPPLIES, LLC.

My perception of the description of the individual served is as follows:
White Male, est. age 45-54, glasses: N, Gray hair, 220 lbs to 240 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.6145247,-73.9371295
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Kings County____,

__NY__ on __1/5/2026__.

/s/ *Dainon Ward*
Signature
Server Name: Dainon Ward
License#: 2079049-DCA

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)



Exhibit 1b)