AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CHET MICHAEL WILSON, )<br>*Plaintiff* )<br>v. )<br>DEALMED MEDICAL SUPPLIES, LLC, )<br>*Defendant* ) | Case No. 1:26-cv-00009-MKB-TAM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dealmed Medical Supplies, LLC.

Date: 01/16/2026

*Attorney's signature*

Maya E. Rivera (5783535)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
*Address*

mrivera@beneschlaw.com
*E-mail address*

(646) 593-7050
*Telephone number*

*FAX number*