# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DEALMED MEDICAL SUPPLIES, LLC,<br><br>*Defendant*. | Civ. Act. No. 1:26-cv-00009-MKB-TAM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**WHEREAS** Plaintiff filed the Complaint in this action on January 2, 2026;

**WHEREAS** Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint is currently January 26, 2026;

**WHEREAS** this is the parties' first request for an adjournment of the deadline to answer, move, or otherwise respond;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the time within which Defendant Dealmed Medical Supplies may answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended up to and including February 23, 2026.

Dated: January 16, 2026

| | |
|---|---|
| **PARONICH LAW, P.C.** | **BENESCH, FRIEDLANDER,** <br> **COPLAN & ARONOFF LLP** |
| 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> (508) 221-1510 <br> anthony@paronichlaw.com | 1155 Avenue of the Americas, Floor 26 <br> New York, NY 10036 <br> (646) 593-7050 <br> meisen@beneschlaw.com <br> dkrueger@beneschlaw.com <br> mrivera@beneschlaw.com |
| By: */s/ Anthony Paronich* <br>      Anthony Paronich <br><br> *Attorneys for Plaintiff Chet Michael Wilson* | By:  */s/ Maya E. Rivera* <br>       Maya E. Rivera <br>       Mark S. Eisen <br>       David M. Krueger <br><br> *Attorneys for Defendant Dealmed Medical Supplies, LLC* |

SO ORDERED this \_\_\_\_
day of _____, 2026

_____
Hon. Margo K. Brodie, USDJ