## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff,* <br><br> v. <br><br> DEALMED MEDICAL SUPPLIES, LLC <br><br> *Defendant.* | Civil Action No. 1:26-cv-00009-MKB-TAM <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Dealmed Medical Supplies, LLC. certifies that TH Laennec, LLC is the 100% owner of Defendant.

Dated: February 13, 2026

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: _____

Maya E. Rivera
1155 Avenue of the Americas, Floor 26
New York, NY 10036
(646) 593-7050
mrivera@beneschlaw.com

Mark S. Eisen (*pro hac vice* to be filed)
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 212-4949
meisen@beneschlaw.com

David M. Krueger (*pro hac vice* to be filed)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
(216) 363-4500
dkrueger@beneschlaw.com

*Counsel for Dealmed Medical Supplies, LLC*