UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

    v.

DEALMED MEDICAL SUPPLIES, LLC

                              Defendant.

---

Civil Action No. 1:26-cv-00009-MKB-TAM

**STIPULATION REGARDING BRIEFING SCHEDULE**

**PURSUANT TO THE COURT'S ORDER, IT IS HEREBY STIPULATED AND AGREED** Plaintiff Chet Michael Wilson and Defendant Dealmed Medical Supplies, LLC, by and through their undersigned counsel, hereby agree to the following briefing schedule for Defendant's Motion to Dismiss

1.    Defendant shall serve its Motion to Dismiss, including all supporting papers, on or before March 23, 2026;

2.    Plaintiff shall serve its Opposition to Defendant's Motion to Dismiss, including all supporting papers, on or before April 22, 2026; and

3.    Defendant shall serve its Reply in Support of its Motion to Dismiss, including all supporting papers, on or before May 13, 2026.

Dated: March 5, 2026

**PARONICH LAW, P.C.**

By: */s/ Anthony Paronich*
Anthony Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Dated: March 5, 2026

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Maya E. Rivera*
Maya E. Rivera
1155 Avenue of the Americas, Floor 26
New York, NY 10036
(646) 593-7050
mrivera@beneschlaw.com

Mark S. Eisen (*pro hac vice* forthcoming)
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 212-4949
meisen@beneschlaw.com