**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br><br>Plaintiff,<br><br>v.<br><br>DEALMED MEDICAL SUPPLIES, LLC<br><br>Defendant. | Case No. 1:26-cv-00009-MKB-TAM<br><br>**DEFENDANT DEALMED MEDICAL SUPPLIES, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Class Action Complaint, and upon all pleadings and proceedings heretofore, Defendant Dealmed Medical Supplies, LLC. ("Defendant") respectfully moves this Court for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the entirety of Plaintiff's Complaint, with prejudice, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests for the motion to be heard before the Honorable Chief District Judge Margo K. Brodie at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be set by the Court.

**PLEASE TAKE FURTHER NOTICE**, as per the directive of the Court, opposition to this motion is to be filed on or before April 22, 2026, with reply papers to be filed on or before May 13, 2026.

Dated: March 23, 2026

Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: */s/ Maya E. Rivera*

Maya E. Rivera
1155 Avenue of the Americas, Floor 26
New York, NY 10036
(646) 593-7050
mrivera@beneschlaw.com

Mark S. Eisen (*pro hac vice* forthcoming)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
(312) 506-3442
meisen@beneschlaw.com

*Attorneys for Defendant Dealmed Medical
Supplies, LLC*

2