**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

DEALMED MEDICAL SUPPLIES, LLC

Defendant.

---

Civil Action No. 1:26-cv-00009-MKB-TAM

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

TO:    COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Benesch, Friedlander, Coplan & Aronoff, LLP and a member in good standing of the Bar(s) of the State(s) of California, Illinois, and North Carolina, and the U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Central, Eastern, Northern and Southern Districts of California, U.S. Court District of Colorado, U.S. District Courts for the Northern and Southern Districts of Illinois, U.S. District Court for the Eastern District of Michigan, U.S. District Court of the Eastern District of Missouri, U.S. District Court for the Middle and Eastern Districts of North Carolina, Mark S. Eisen, as attorney pro hac vice to argue or try this case in whole or in part for Defendant Dealmed Medical Supplies, LLC.  There are no pending disciplinary proceedings against me in any State or Federal court.

Dated:  April 9, 2026

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ *Mark S. Eisen*

Mark S. Eisen (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
(646) 593-7050
meisen@beneschlaw.com

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that


Mark Stephen Eisen


has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/31/2013 and is in good standing, so far as the records of this office disclose.


IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of March, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



# Supreme Court of California

## JORGE E. NAVARRETE
### Clerk and Executive Officer of the Supreme Court

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *MARK S. EISEN*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that MARK S. EISEN, # 289009, was on the 22nd day of February 2013, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of March 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
*Biying Jia, Deputy Clerk*

# Supreme Court of North Carolina



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on October 19, 2018, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Mark Stephen Eisen

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, March 12, 2026.

Grant E. Buckner
Clerk of the Supreme Court

★ ★ ★