**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

DEALMED MEDICAL SUPPLIES, LLC

Defendant.

Civil Action No. 1:26-cv-00009-MKB-TAM

**AFFIDAVIT OF MARK S. EISEN**
**IN SUPPORT OF MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

State of New York    )
                     )    SS:
County of New York   )

I, Mark S. Eisen, being duly sworn, hereby deposes and states as follows:

1.      I am a Partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP.

2.      I submit this affidavit in support of my motion for admission *pro hac vice* in the above captioned matter.

3.      As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the bar of the State of Illinois.

4.      There are no pending disciplinary proceedings against me in any State or Federal court.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I am admitted to the following jurisdictions and remain in good standing as follows:

| Jurisdiction | Date of Admission | Bar No. |
|---|---|---|
| State of California | February 22, 2013 | 289009 |
| State of Illinois | October 31, 2013 | 6312738 |
| State of North Carolina | October 19, 2018 | 53836 |
| U.S. Court of Appeals Seventh Circuit | December 19, 2025 | |
| U.S. Court of Appeals Eleventh Circuit | December 19, 2018 | |
| U.S. Court of Appeals Ninth Circuit | February 28, 2014 | |
| U.S. District Court Central District of California | January 2, 2014 | |
| U.S. District Court Eastern District of California | January 21, 2014 | |
| U.S. District Court Northern District of California | January 2014 | |
| U.S. District Court Southern District of California | January 21, 2014 | |
| U.S. District Court, District of Colorado | February 28, 2025 | |
| U.S. District Court Northern District of Illinois | January 3, 2014 | |
| U.S. District Court; Southern District of Illinois | January 5, 2024 | |
| U.S. District Court Eastern District of Michigan | February 21, 2014 | |
| U.S. District Court Eastern District of Missouri | April 9, 2024 | 6312738IL |
| U.S. District Court Middle District of North Carolina | March 14, 2024 | |
| U.S. District Court Eastern District of North Carolina | February 8, 2023 | |

8. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case of for Defendant Dealmed Medical Supplies, LLC.

Dated: April 9, 2026                    Respectfully submitted,

_____
Mark S. Eisen
Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
(646) 593-7050
meisen@beneschlaw.com

Sworn to me before this 9th day of April, 2026.

*Jacklyn Alicea-Maldonado*
NOTARY