**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*, |
| |
| Plaintiff, |
| |
| v. |
| |
| DEALMED MEDICAL SUPPLIES, LLC |
| |
| Defendant. |

Civil Action No. 1:26-cv-00009-MKB-TAM

**ADMISSION TO PRACTICE**
**PRO HAC VICE**

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Mark S. Eisen is permitted to appear in this particular case in whole or in part as counsel for Defendant Dealmed Medical Supplies, LLC.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: _____

_____
United States District Judge

Cc:    Mark S. Eisen, Esq.
       Court File