AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Eastern District of New York ▾

| | | |
|---|---|---|
| CHET MICHAEL WILSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00009-MKB-TAM |
| DEALMED MEDICAL SUPPLIES, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dealmed Medical Supplies, LLC                                                                                                    .

Date:      04/23/2026

s/ Mark S. Eisen
*Attorney's signature*

Mark S. Eisen (IL 6312738)
*Printed name and bar number*
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606

*Address*

meisen@beneschlaw.com
*E-mail address*

(312) 212-4956
*Telephone number*

(312) 767-9192
*FAX number*